# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE JACKSON, | 1:12-CV-1329 AWI DLB |
| Plaintiffs, | |
| v. | ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |
| CLINIC OF SIERRA VISTA, DR. TIFFANY ISLES, and UNITED STATES OF AMERICA, | |
| Defendants. | |

Defendants have noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1).  The matter was scheduled for hearing to be held on October 1, 2012.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than September 17, 2012.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, Plaintiff is in violation of the Local Rules and is no longer entitled to be heard at oral argument in opposition to the motion.  See Local Rule 230(c).  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 1, 2012, is VACATED, and no party shall appear at that time.  As of October 1, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  September 27, 2012

CHIEF UNITED STATES DISTRICT JUDGE